IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JERRY G. RICHARDSON | § | |
| v. | § | CIVIL ACTION NO. 6:10cv647 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |
| | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the action be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for the ALJ to determine the availability of the jobs of property accountant and budget accountant, and/or any other appropriate jobs Plaintiff might be capable of performing, and obtaining substantial evidence to support a finding that such jobs exist in "significant numbers" at Step Five; that a vocational expert should be consulted to that effect; that, if necessary, a new hearing should be conducted; and that Plaintiff may submit new evidence as appropriate to the remand. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is hereby **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration as discussed herein.  It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

 **It is SO ORDERED.**

SIGNED this 25th day of January, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE